PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App. P.; Ex parte Fann, 810 So.2d 631, 633 (Ala.2001); Ex parte Patronas, 693 So.2d 473, 475 (Ala.1997); Ex parte Bryowsky, 676 So.2d 1322, 1324 (Ala.1996); McKnight v. McKnight, 888 So.2d 1251 (Ala.Civ.App.2004); Hollon v. Williamson, 846 So.2d 349, 353 (Ala.Civ.App.2002); Berryhill v. Reeves, 705 So.2d 505, 507 (Ala.Civ.App.1997); Patterson v. Gartman, 439 So.2d 171, 173-74 (Ala.Civ.App.1983); and Reach v. Reach, 378 So.2d 1115, 1118 (Ala.Civ.App.1979).
YATES, P.J., and THOMPSON, J., concur.
*770 CRAWLEY, J., concurs specially.
MURDOCK, J., dissents, with writing.